Same case below, 395 Fed. Appx. 908.

Same case below, 412 Fed. Appx. 727.

**No. 10-10660. Melissa Cockerham, Petitioner v. United States.**

564 U.S. 1044, 131 S. Ct. 3078, 180 L. Ed. 2d 900, 2011 U.S. LEXIS 4868.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 944.

**No. 10-10661. Lazaro Delgado, Petitioner v. United States.**

564 U.S. 1044, 131 S. Ct. 3078, 180 L. Ed. 2d 900, 2011 U.S. LEXIS 4875.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10663. Dario Mendoza-Mendoza, Petitioner v. United States.**

564 U.S. 1044, 131 S. Ct. 3078, 180 L. Ed. 2d 900, 2011 U.S. LEXIS 4818.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 413 Fed. Appx. 600.

**No. 10-10664. Armando Bahena-Bahena, Petitioner v. United States.**

564 U.S. 1044, 131 S. Ct. 3078, 180 L. Ed. 2d 900, 2011 U.S. LEXIS 4944.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10665. Pedro Briseno-Marin, aka Juan Lopez-Lopez, aka Sergio Marin-Hernandez, Petitioner v. United States.**

564 U.S. 1044, 131 S. Ct. 3079, 180 L. Ed. 2d 900, 2011 U.S. LEXIS 4916.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 947.

**No. 10-10667. Albert Betemit, Petitioner v. United States.**

564 U.S. 1045, 131 S. Ct. 3079, 180 L. Ed. 2d 900, 2011 U.S. LEXIS 4940.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 787.

**No. 10-10669. Clifford James Schuett, Petitioner v. United States.**

564 U.S. 1045, 131 S. Ct. 3079, 180 L. Ed. 2d 900, 2011 U.S. LEXIS 4919.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 792.

**No. 10-10671. Curtis McDonald, Petitioner v. United States.**

564 U.S. 1045, 131 S. Ct. 3079, 180 L. Ed. 2d 900, 2011 U.S. LEXIS 4903.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.